JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARI MEDIA GROUP, INC. and FRANK GARI,<br><br>          Plaintiffs,<br><br>     v.<br><br>GORDON SMITH,<br><br>          Defendant.<br>_____ | Case No. CV 12-556 DSF (CWx)<br><br><br>JUDGMENT |

The Court having found that Plaintiffs have not established subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing and that the action be dismissed without prejudice.

DATED:    July 23, 2012

_____
DALE S. FISCHER
United States District Judge